SAVANNAH ELECTRIC COMPANY *v.* KAUPF.

This case being for decision by a full bench of six Justices who are evenly divided in opinion, HILL, GILBERT, and GEORGE, JJ., favoring an affirmance, and FISH, C. J., BECK, P. J., and ATKINSON, J., favoring a reversal, the judgment of the court below stands affirmed by operation of law.
No. 873. FEBRUARY 24, 1919.

Action for damages. Before Judge Meldrim. Chatham superior court. February 25, 1918.

*Osborne, Lawrence & Abrahams,* for plaintiff in error.
*Oliver & Oliver,* contra.